**Copyrights-In-Suit for IP Address 24.95.62.55**

**ISP:** Time Warner Cable
**Location:** Dublin, OH

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| A Hot Number | PA0001878456 | 01/30/2014 | 02/18/2014 | 04/28/2014 |
| A Perfect Match | PA0001862419 | 09/11/2013 | 09/12/2013 | 09/11/2013 |
| Almost Famous | PA0001864687 | 09/27/2013 | 09/30/2013 | 10/05/2013 |
| Arrest Me | PA0001871941 | 11/25/2013 | 11/29/2013 | 11/29/2013 |
| Blindfold Me Part #2 | PA0001867890 | 11/03/2013 | 11/06/2013 | 11/13/2013 |
| Body Language | PA0001868096 | 10/26/2013 | 11/01/2013 | 11/29/2013 |
| Bohemian Rhapsody | PA0001867584 | 10/23/2013 | 10/25/2013 | 10/31/2013 |
| Date Night at Home | PA0001864689 | 09/29/2013 | 09/30/2013 | 10/05/2013 |
| Deep Blue Passion | PA0001885168 | 03/21/2014 | 03/24/2014 | 04/13/2014 |
| Double Daydreams | PA0001869246 | 11/13/2013 | 11/21/2013 | 11/20/2013 |
| Erotic Stretching and Sex | PA0001862293 | 09/08/2013 | 09/08/2013 | 09/08/2013 |
| First and Forever | PA0001863112 | 09/21/2013 | 09/23/2013 | 09/26/2013 |
| Getting Ready For You | PA0001874744 | 01/10/2014 | 01/15/2014 | 01/20/2014 |
| Going Strong | PA0001859660 | 07/06/2013 | 08/02/2013 | 07/08/2013 |
| Group Sex | PA0001892182 | 04/19/2014 | 04/29/2014 | 04/28/2014 |
| Grow Up With Me | PA0001866185 | 10/17/2013 | 10/19/2013 | 10/19/2013 |
| High School Dropouts | PA0001871934 | 11/21/2013 | 11/29/2013 | 11/29/2013 |
| I Love James Deen | PA0001860982 | 08/20/2013 | 09/10/2013 | 08/21/2013 |
| In Charge | PA0001865956 | 10/04/2013 | 10/06/2013 | 10/13/2013 |
| Just the Three of Us | PA0001880670 | 02/21/2014 | 02/27/2014 | 04/13/2014 |
| LA Plans | PA0001869248 | 11/19/2013 | 11/22/2013 | 11/29/2013 |

EXHIBIT B

SOH53

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Lovers at Home | PA0001868816 | 11/05/2013 | 11/10/2013 | 11/30/2013 |
| Lying Around | PA0001872754 | 12/10/2013 | 12/15/2013 | 01/13/2014 |
| Made for Each Other | PA0001860974 | 07/31/2013 | 08/29/2013 | 07/31/2013 |
| Make me Feel Beautiful | PA0001859651 | 07/25/2013 | 08/01/2013 | 07/30/2013 |
| Malibu Moments | PA0001862283 | 09/03/2013 | 09/08/2013 | 09/03/2013 |
| Many Shades of Grey | PA0001872083 | 11/29/2013 | 12/04/2013 | 11/30/2013 |
| Mile High Club | PA0001877249 | 01/16/2014 | 01/26/2014 | 01/20/2014 |
| Much Needed Vacation | PA0001866083 | 10/21/2013 | 10/21/2013 | 10/31/2013 |
| My Naughty Girl | PA0001868094 | 10/28/2013 | 11/01/2013 | 12/31/2013 |
| New Romance | PA0001860972 | 08/05/2013 | 09/03/2013 | 08/06/2013 |
| No Hurry | PA0001868811 | 11/07/2013 | 11/10/2013 | 11/10/2013 |
| No Turning Back Part #2 | PA0001874525 | 12/27/2013 | 12/30/2013 | 01/12/2014 |
| Party Boat | PA0001862485 | 09/15/2013 | 09/18/2013 | 11/13/2013 |
| Playing Dress Up | PA0001874742 | 01/12/2014 | 01/15/2014 | 01/20/2014 |
| Pool Party For Three | PA0001859656 | 07/13/2013 | 08/01/2013 | 07/19/2013 |
| Rope Priority | PENDING | 05/11/2014 | 05/15/2014 | 05/13/2014 |
| Sex and Submission | PA0001882649 | 03/01/2014 | 03/06/2014 | 03/06/2014 |
| Sneaking In | PA0001860962 | 08/17/2013 | 09/08/2013 | 08/17/2013 |
| So Right Its Wrong | PA0001872084 | 12/01/2013 | 12/04/2013 | 12/09/2013 |
| Spontaneous | PA0001860977 | 08/22/2013 | 09/10/2013 | 08/22/2013 |
| Surprise Surprise | PA0001892186 | 04/27/2014 | 04/29/2014 | 05/08/2014 |
| Tease and Please | PA0001871937 | 11/23/2013 | 11/29/2013 | 11/29/2013 |
| They Meet Again | PA0001866049 | 10/11/2013 | 10/16/2013 | 10/31/2013 |
| Trophy Wife | PA0001883767 | 03/05/2014 | 03/22/2014 | 03/08/2014 |
| Up Close and Personal | PA0001859653 | 07/21/2013 | 08/01/2013 | 07/24/2013 |

EXHIBIT B

SOH53

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Wake Me Up Like This | PA0001862289 | 09/01/2013 | 09/08/2013 | 09/03/2013 |
| Without Words | PA0001859650 | 07/17/2013 | 08/01/2013 | 07/19/2013 |

**Total Malibu Media, LLC Copyrights Infringed:  48**

EXHIBIT B

SOH53